UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34949 |
|---|---|
| JEFFREY POWELL | (Chapter 13) |
| TIFFANY POWELL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JEFFREY POWELL<br>6121 GUNDER ROAD EAST<br>HUBER HEIGHTS, OH 45424 | 263.08 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST  SUITE 900
DAYTON, OH 45402-1161
(937)222-7600  Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service    08-34949

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JEFFREY POWELL | BARRY S GALEN | (28.1n) |
| TIFFANY POWELL | 111 W FIRST ST | CITIFINANCIAL AUTO CORPORATION |
| 6121 GUNDER ROAD EAST | ST 1000 | BOX 9578 |
| HUBER HEIGHTS, OH  45424 | DAYTON, OH  45402 | COPPELL, TX  75019 |
| (27.1n) | (1011.1n) | (26.1n) |
| DAVID J DEMERS | ECMC | GREEN TREE SERVICING LLC |
| THREE NORTH HIGH STREET | 7325 BEAUFONT SPRINGS | BOX 6154 |
| BOX 714 | SUITE 200 | RAPID CITY, SD  57709 |
| NEW ALBANY, OH  43054 | RICHMOND, VA  23225 | |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____    cs